UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUNO UNUM, | Case No. SA 12-0113-MMM (PJW) |
| Plaintiff, | |
| v. | J U D G M E N T |
| ORANGE COUNTY CENTRAL JAIL, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: May 24, 2012

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE